
FILED
NOV 25 2013
Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| RONALD ALAN HUMMEL,<br><br>                 Petitioner,<br><br>vs.<br><br>WARDEN MARTIN FRINK;<br>ATTORNEY GENERAL OF THE<br>STATE OF MONTANA,<br><br>                 Respondents. | No. CV-12-05-BU-SEH<br><br>ORDER |

United States Magistrate Judge Keith Strong entered his Findings and Recommendations on October 21, 2013.[1] Petitioner filed objections on November 18, 2013.[2] The Court has fully considered Petitioner's objections and has reviewed *de novo* Judge Strong's Findings and Recommendations. 28 U.S.C. § 636(b)(1). Upon *de novo* review of the record, I find no error in Judge Strong's

---

[1] Doc. 38.

[2] Doc. 41.

Findings and Recommendations and adopt them in full.

ORDERED:

1. Petitioner's original Petition for Writ of Habeas Corpus[3] and Petitioner's Amended Petition for Writ of Habeas Corpus[4] are DISMISSED with prejudice.

2. A certificate of appealability is DENIED because Petitioner has failed to make a substantial showing of the denial of a constitutional right.

3. The Clerk is directed to enter judgment accordingly.

DATED this 25th day of November, 2013.

*[signature]*
SAM E. HADDON
United States District Judge

---

[3] Doc. 1.

[4] Doc. 24.